**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 4, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

KALEY CHILES,

   Plaintiff - Appellant/ Cross –
Appellee,

v.

PATTY SALAZAR, in her official
capacity as Executive Director of the
Department of Regulatory Agencies, et al.,

   Defendants - Appellees/ Cross –
Appellants.

----------------------------

INSTITUTE FOR FAITH AND FAMILY,
et al.,

   Amici Curiae.

Nos. 22-1445 & 23-1002
(D.C. No. 1:22-CV-02287-CNS-STV)
(D. Colo.)

_____

**ORDER**
_____

Before **HARTZ**, **MORITZ**, and **ROSSMAN**, Circuit Judges.
_____

The Supreme Court of the United States entered a judgment on March 31, 2026

reversing the judgment of this court and remanding the cause for further proceedings.

Upon further consideration, the mandate issued to the United States District Court for the District of Colorado on October 24, 2024 is recalled effective immediately and the judgment of this court filed September 12, 2024 is vacated.

Counsel will be notified if this court desires further briefing prior to disposition of this appeal upon remand.

Entered for the Court

Per Curiam