UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 12, 2024

Barry K. Arrington
Shaun Pearman
Pearman Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033

Cody S. Barnett
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

John J. Bursch
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001

Abby Chestnut
Robert William Finke
Janna K. Fischer
Bianca Miyata
Helen Norton
Shannon Wells Stevenson
Brianna Susan Tancher
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**RE:    22-1445, 23-1002, Chiles v. Salazar, et al**
        Dist/Ag docket: 1:22-CV-02287-CNS-STV

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in these matters. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Jessica Ring Amunson
Shireen Barday
Luke A Barefoot
Peter Christopher Breen
Mark Christopher Davies
Deborah Jane Dewart
Craig M. Finger
Kelly Herbert
Abbey J. Hudson
Thomas Kessler
Michael George McHale
Robert McNamara
Shannon Price Minter
Michael S. Overing
Jessica Sawadogo
Amalia Y. Sax-Bolder
Cristina Sepe
Paul Sherman
Christopher F. Stoll
Edward C. Wilde

CMW/jm